**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>CHAN HEN JUNG<br><br><br>Debtor | Chapter 13<br><br>Case No. 21-10041-BFK |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed January 26, 2021.  The cause for this objection is as follows:

> **Violation of 11 U.S.C. §1325(a)(6) – Feasibility.**
> - Objection filed to preserve the rights of the Chapter 13 Trustee. 341 Meeting of Creditors was scheduled for February 9, 2021 at 12:30 p.m. and was unable to be conducted. Trustee perseves the right to amend this Objection to Confirmation if and/or when a 341 Meeting of Creditors is conducted.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court

**Notice of Objection To Confirmation**
Chan Hen Jung, Case # 21-10041-BFK

will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 4, 2021 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.[1]*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _February 19, 2021_____          ___/s/ Thomas P. Gorman_____
                                          Thomas P. Gorman
                                          Chapter 13 Trustee
                                          300 N. Washington Street, #400
                                          Alexandria, VA 22314
                                          (703) 836-2226
                                          VSB 26421

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear via Zoom for Government and must pre-register and follow the procedures set forth at https://www.vaeb.uscourts.gov/wordpress/?page_id=9098.

**Notice of Objection To Confirmation**
Chan Hen Jung, Case # 21-10041-BFK

# CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of February, 2021, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Chan Hen Jung | Damien George Smith |
| Chapter 13 Debtor | Attorney for Debtor |
| 9106 Hunting Pines Place | Rowe, Weinstein & Sohn, PLLC. |
| Fairfax, VA 22032-1463 | 7010 Little River Turnpike, Ste 300 |
| | Annandale, VA 22003 |

    /s/ Thomas P. Gorman
Thomas P. Gorman